UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FAHEZA DAMRY,

                                    Plaintiff,

            -against-                                  1:16-cv-0267 (LEK/CFH)

NATIONAL GRID NATURAL GAS &
ELECTRICITY, *et al.*,

                                    Defendants.

_____

## **ORDER**

This matter comes before the Court following a Report-Recommendation filed on April 5,

2016 by the Honorable Christian F. Hummel, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)

and Local Rule 72.3.  Dkt. No. 8 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-

recommendation, the party "may serve and file specific, written objections to the proposed findings

and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  If no objections are made, or if an

objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the

magistrate judge, a district court need review that aspect of a report-recommendation only for clear

error.  Barnes v. Prack, No. 11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid

v. Bouey, 554 F. Supp. 2d 301, 306-07 & 306 n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole,

No. 06 Civ. 13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's

objections to a Report and Recommendation must be specific and clearly aimed at particular

findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by

simply relitigating a prior argument.").  "A [district] judge . . . may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

§ 636(b).

No objections were filed in the allotted time period. See Docket. Plaintiff instead filed a

Proposed Amended Complaint on April 25, 2016 in response to the Report-Recommendation. Dkt.

No. 9. As the Court has reviewed the Report-Recommendation for clear error and has found none,

the Court therefore adopts the Report-Recommendation in full. The Amended Complaint is

therefore dismissed without prejudice. Since Plaintiff has submitted a Proposed Amended

Complaint, this is accepted as the operative pleading in this action and referred to Judge Hummel

for initial review.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 8) is **APPROVED and**

**ADOPTED in its entirety**; and it is further

**ORDERED**, that the Complaint (Dkt. No. 1) is **DISMISSED without prejudice** for failure

to state a claim under 28 U.S.C. § 1915(e)(2); and it is further

**ORDERED**, that the Clerk of the Court forward the Proposed Amended Complaint (Dkt.

No. 9) to U.S. Magistrate Judge Christian F. Hummel for initial review; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on Plaintiff.

**IT IS SO ORDERED.**

DATED:    April 28, 2016
           Albany, NY

_____

Lawrence E. Kahn
U.S. District Judge