UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FAHEZA DAMRY,

                              Plaintiff,

            -against-                                    1:16-cv-0267 (LEK/CFH)

NATIONAL GRID NATURAL GAS &
ELECTRICITY, *et al.*,

                              Defendants.

_____

## **ORDER**

This matter comes before the Court following a Report-Recommendation filed on June 2,

2016, by the Honorable Christian F. Hummel, U.S. Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and Local Rule 72.3.  Dkt. No. 11 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-

recommendation, the party "may serve and file specific, written objections to the proposed findings

and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  If no objections are made, or if an

objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the

magistrate judge, a district court need review that aspect of a report-recommendation only for clear

error.  Barnes v. Prack, No. 11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid

v. Bouey, 554 F. Supp. 2d 301, 306-07, 306 n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No.

06 Civ. 13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's

objections to a Report and Recommendation must be specific and clearly aimed at particular

findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by

simply relitigating a prior argument.").  "A [district] judge . . . may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

§ 636(b).

No objections were filed in the allotted time period.  See Docket.  Accordingly, the Court

has reviewed the Report-Recommendation for clear error and has found none.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 11) is **APPROVED and**

**ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's proposed Amended Complaint (Dkt. No. 9) is **DISMISSED**

**with prejudice** and without opportunity to amend before this court, but **without prejudice** to

Plaintiff commencing an action in the appropriate state court; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties in

accordance with the Local Rules.

**IT IS SO ORDERED.**


DATED:       June 28, 2016
             Albany, NY

_____
Lawrence E. Kahn
U.S. District Judge